ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Scot Cardillo dba Engineers Tooling | )   ASBCA No. 61612 |
| Support | ) |
| | ) |
| Under Contract No. N00174-11-D-0004 | ) |

APPEARANCES FOR THE APPELLANT:     Mark Martins, Esq.
  The Mark Martins Law Office, PLLC
  Washington, DC

  Christopher C. Bouquet, Esq.
    The Law Office of Christopher C. Bouquet,
      PLLC
    Alexandria, VA

APPEARANCES FOR THE GOVERNMENT:     Allison M. McDade, Esq.
  Navy Chief Trial Attorney
  Sharon G. Hutchins, Esq.
  David M. Ruddy, Esq.
  Trial Attorneys

OPINION BY ADMINISTRATIVE JUDGE MCILMAIL
ON THE GOVERNMENT'S MOTION FOR CLARIFICATION

The government requests that we clarify our recent opinion granting, in part, the government's motion to dismiss for lack of jurisdiction, *Scot Cardillo dba Eng'rs Tooling Support*, ASBCA No. 61612, 2025 WL 2166130 (July 15, 2025), to identify which counts of appellant's 66-page, 17-count complaint have been dismissed.[*] The opinion identifies one of those counts as dismissed; otherwise, the opinion identifies the *claims* that are dismissed from the appeal. *Id.*; slip op. at 5-6. As we said in a different context in *Grumman Aerospace Corp.*, ASBCA Nos. 46834, 48006, 98-2 BCA ¶ 29,942 at 148,151-52, "[w]e see no ambiguity in the Board's decision that requires clarification." The motion for clarification is denied.

Dated:  September 10, 2025

_____
TIMOTHY P. MCILMAIL
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

_____

[*] Gov't mot. at 1.

I concur

OWEN C. WILSON
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

MICHAEL N. O'CONNELL
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 61612, Appeal of Scot Cardillo dba Engineers Tooling Support, rendered in conformance with the Board's Charter.

Dated: September 10, 2025

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2